

525 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

September 10, 2019

*Via FedEx and Email*

Gene Wheeler, Dona Wheeler,
& Gretchen Crowe
N1426 Midway Road
Hortonville, WI 54944
zookeeper80@aol.com

David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
Email: exsec@ios.doi.gov, feedback@ios.doi.gov

Special Memories Zoo, LLC
W7013 Spring Rd
Greenville, WI 54942
920-757-9695

Margaret Everson, Acting Director
U.S. Fish & Wildlife Service
1849 C Street NW, Room 3331
Washington, DC 20240
Email: Margaret_Everson@fws.gov

*Re:*     *Notice of Intent to File Suit Pursuant to Endangered Species Act.*

Dear Dona Wheeler, Gene Wheeler, Gretchen Crowe, David Bernhardt and Margaret Everson:

On behalf of the Animal Legal Defense Fund ("ALDF")—and its more than 200,000 members and supporters, including in particular those in Wisconsin—and pursuant to Section 11(g) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g), we write to provide notice that Gene Wheeler *dba* Special Memories Zoo, Dona Wheeler, their Zoo Manger Gretchen Crowe and Special Memories Zoo, LLC are violating the ESA's prohibition against "tak[ing]" members of listed endangered and threatened species.  The Wheelers and Ms. Crowe have violated the ESA's take provision by harming and/or harassing numerous animals at Special Memories Zoo (the "Zoo") and at their home in Hortonville, Wisconsin (the "Farm").[1] *See id.* §§ 1538(a)(1), 1532(19). The evidence we have obtained demonstrates that animals of ESA-listed species at the Zoo are mentally and physically suffering in cramped, squalid, and deprived conditions without sufficient psychological and social enrichment.

This letter provides a summary of some of the evidence that demonstrates Special Memories Zoo is violating the ESA. It also outlines evidence establishing that *all*

---

[1] Unless the context dictates a different result, references to actions, violations, and other misconduct by "Special Memories Zoo" in this letter refers collectively to each of the identified targets of this letter: Special Memories Zoo, LLC, Gene Wheeler individually and *dba* Special Memories Zoo, Dona Wheeler, and their Zoo Manger Gretchen Crowe based on their actions at the Zoo and Farm facility.

- 1 -

EXHIBIT

A

animals at the Zoo and Farm are subject to conditions that constitute a public nuisance under Wisconsin state law, and one that has caused special harm to the ALDF and its members.

ALDF and its members are prepared to pursue litigation against Special Memories Zoo. The litigation would seek injunctive relief to ensure the transfer of every animal at the Zoo and Farm to an appropriate sanctuary that can provide a more naturalistic setting for the animals to express species-typical behavior in a safe and enriching environment.

To avoid the time and cost of litigation, ALDF is prepared to enter into a settlement of these claims with Special Memories Zoo.[2] ALDF offers to facilitate the transfer of all animals at the Zoo and Farm to reputable sanctuaries *at no cost to Special Memories Zoo*. ALDF would handle all of the arrangements for such a transfer, including securing and paying for the placement, transport, and necessary veterinary care provided Special Memories Zoo agrees not to obtain any additional animals.

## I.      Special Memories Zoo is violating the Endangered Species Act.

### A.      Requirements under the Endangered Species Act.

The ESA protects federally endangered and threatened species from harm and harassment. The ESA is "the most comprehensive legislation for the preservation of endangered species ever enacted by any nation." *Tenn. Valley Auth. v. Hill*, 437 U.S. 153, 180 (1978). Finding that fish, wildlife, and plants "have been rendered extinct as a consequence of economic growth and development untempered by adequate concern and conservation . . . Congress intended endangered species to be afforded the highest of priorities." *Tenn. Valley Auth.*, 437 U.S. at 174 (citation omitted).

The U.S. Fish and Wildlife Service ("FWS"), an agency that implements the ESA, lists species as "threatened" or "endangered" under the Act. 16 U.S.C. § 1533(a); *see also* 50 C.F.R. § 17.11. These designations trigger the ESA's protections. *See In re Polar Bear ESA Listing & Section 4(d) Rule Litig.–MDL No. 1993*, 709 F.3d 1, 2 (D.C. Cir. 2013) ("When a species . . . is listed as either 'threatened' or 'endangered' under the Act, it is then subject to a host of protective measures designed to conserve the species.").

"[S]ection 9, which imposes a blanket prohibition on the 'take' of any endangered species," is "central to the ESA's protections." *Ctr. For Biological Diversity v. FWS*, 807 F.3d 1031, 1036 (9th Cir. 2015) (citing 16 U.S.C. § 1538(a)).  This take prohibition also applies to species listed as threatened. *See* 50 CFR § 17.31(a) (extending the majority of ESA protections to threatened species; *Gibbs v. Babbitt*, 214 F.3d 483, 487 (4th Cir. 2000) (explaining the ESA take prohibition also applies to species listed as threatened). "The ESA expansively defines the term 'take' to include 'harass, harm, pursue, hunt,

---

[2] This offer of assistance is addressed directly to Special Memories Zoo.

shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct.'" *Hill v. Coggins,* 867 F.3d 499, 508 (4th Cir. 2017), *cert. denied,* 138 S. Ct. 1003, 200 L. Ed. 2d 253 (2018) (quoting 16 U.S.C. § 1532(19)). The Court has construed this definition "in the broadest possible manner to include every conceivable way in which a person can 'take' or attempt to 'take' any fish or wildlife." *Sweet Home*, 515 U.S. at 704 (quoting S.Rep. No. 93–307, p. 7 (1973)).

FWS has issued regulations regarding some of the terms composing the definition of "take." 50 C.F.R. § 17.3. The agency defines "harm" as "an act which actually kills or injures wildlife." *Id.* It defines "harass" as "an intentional or negligent act which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding or sheltering." *Id.* Harassment, harm, and other forms of "take" "clearly appl[y] to individual specimens or groups of specimens." Captive-Bred Wildlife Regulation, 63 Fed. Reg. 48634, 48636 (Sept. 11, 1998).

The ESA's take prohibitions apply to members of listed species living in captivity or in the wild. 79 Fed. Reg. 4313, 4317 (Jan. 27, 2014) (codified at 50 C.F.R. pt. 224) ("The ESA does not support the exclusion of captive members from a listing based solely on their status as captive . . . Section 9(a)(1)(A)–(G) of the ESA applies to endangered species regardless of their captive status."); *see also* 16 U.S.C. § 1532(8) (defining "fish or wildlife" as "any member of the animal kingdom . . . without limitation"); 16 U.S.C. § 1538(b) (exempting only a narrow subset of captive animals from section 9 protections); *Hill*, 867 F.3d at 506–07 (finding captive grizzly bears are covered by the ESA); *Elephant Justice Proj. v. Woodland Park Zoological Soc'y, Inc.*, 2015 WL 12564233, *2–3 (W.D. Wash. Apr. 7, 2015) (finding a likelihood of success of claim that defendant zoo was performing an "unlawful take" of captive elephants); *People for the Ethical Treatment of Animals v. Tri-State Zoological Park of W. Md.* ("PETA"), 2018 WL 434229, *6 (D. Md. Jan. 16, 2018) (holding that at zoos, "the ESA provides for separate and heightened protections for the subset of captive animals that are threatened or endangered").

Persons violating the ESA risk civil and criminal penalties. 16 U.S.C. § 1540(a)–(b). Private parties, including ALDF and its members, may bring enforcement actions 60 days after providing adequate notice of the violations to both the violator and the Secretary of the Interior. *Id.* § 1540(g). A court that finds violations of the ESA "take" prohibition has the authority to order the removal and relocation of captive animals to other, more protective facilities. *Tenn. Valley Auth.*, 437 U.S. at 193-95 (explaining that proper remedy for ESA violations is injunctive relief). As described below, because the Zoo and Farm have failed to obtain any permits authorizing the take of endangered or threatened species their conduct is a clear violation of Section 9 of the ESA.

**B.** Conditions and Activities at the Zoo and Farm are Continuing Violations of the Endangered Species Act.

The improper confinement of endangered and threatened species at the Zoo and Farm constitutes, and will continue to constitute, harm and harassment under the ESA. Of relevance to all the endangered species at the Zoo and Farm, spatial constraints in captive settings "result[] in welfare issues among captive animals,"[3] and highly intelligent species and species with large territories are particularly vulnerable to stress in captivity.[4] Inducing chronic stress constitutes a taking under the ESA because the "absence of chronic stress" is a prerequisite of animal welfare.[5] Chronic stress "can have deleterious effects on an animal's well-being, including the animal's immune function, development, and reproductive function."[6] It may also harm an individual's fitness by causing her tissues to atrophy.[7]

One sign of chronic stress in all animals is "the development of abnormal behaviors, such as abnormal stereotypical pacing behavior, best described as a repetitive, maladaptive, and apparently functionless behavior."[8] Stereotypic behavior in animals in zoos "suggests that the animal's well-being may be compromised."[9] The behaviors of the endangered species and the Zoo and Farm demonstrate that, in addition to other harm and harassment, they are suffering from chronic stress resulting from their abhorrent living conditions.

This letter addresses the protected animals that ALDF and its members are

---

[3] Janice Vaz, Edward J. Narayan, R. Dileep Kumar, K. Thenmozhi, Krishnamoorthy Thiyagesan, & Nagarajan Baskaran, *Prevalence and determinants of stereotypic behaviors and physiological stress among tigers and leopards in Indian zoos*, 12(4) PLoS One e0174711, 17–18 (2017) doi: 10.1371/journal.pone.0174711.

[4] Grégory Breton & Salomé Barrot, *Influence of Enclosure Size on the Distances Covered and Paced by Captive Tigers* (Panthera tigris), 154 Applied Animal Behavior Science 66, 67 (2014), doi:10.1016/j.applanim.2014.02.007; *see also* Western Wildlife Outreach, *Wolf Ecology and Behavior*, Gray Wolf Outreach, http://westernwildlife.org/gray-wolf-outreach-project/biology-behavior-4. (discussing that stereotypic pacing, a stress behavior in captive animals, is "best predicted by the daily distance travelled in nature by the wild specimens.")

[5] Breton & Barrot, *supra* n.4 at 67.

[6] Jessica M Keay, Jatinder Singh, Matthew C. Gaunt, & Taranjit Kaur, *Fecal Glucocorticoids and Their Metabolites as Indicators of Stress in Various Mammalian Species: A Literature Review*, 37(3) Journal of Zoo and Wildlife Medicine 234, 234 (2006), doi: 10.1638/05-050.1.

[7] E. Möstl & R. Palme, *Hormones are Indicators of Stress*, 23 Domestic Animal Endocrinology 67, 68 (2002), doi: 10.1016/S0739-7240(02)00146-7.

[8] Juliana Damasceno, Gelson Genaro, Thomas Quirke, Shannen McCarthy Sean McKeown, & Ruth O'Riordan, *The effects of intrinsic enrichment on captive felids*, 36(3) Zoo Biology 186, 186 (2017), doi: 10.1002/zoo.21361.

[9] Julia Chosy, Megan Wilson, & Rachel Santymire, *Behavioral and physiological responses in felids to exhibit construction*, 33(4) Zoo Biology 267, 267 (2014), doi: 10.1002/zoo.21142.

aware of at the Zoo and Farm. To the extent that additional endangered or threatened species are at the Zoo or Farm, the facility's overall practices and conditions constitute a take of those protected species as well.[10]

### 1. Ring-Tailed and Red-Ruffed Lemurs

The Zoo and Farm possess and display ring-tailed lemurs (*Lemur catta*) and Red Ruffed Lemur (*Varecia rubra*) in conditions that cause them to suffer both psychologically and physically, in violation of the ESA. FWS lists all members of the family *Lemuridae* as endangered, wherever found. 50 C.F.R. § 17.11; 35 Fed. Reg. at 8495; 41 Fed. Reg. 26,019 (Jun. 24, 1976).

Lemurs are found in the wild in the southwest portion of Madagascar.[11] They travel widely in search of food and roam within territories ranging from 14 to 56 acres.[12] Lemurs are highly social animals with advanced cognitive abilities, and live in social groups ranging from 8 to 20 individuals. *See Kuehl v. Sellner*, 2018 WL 1733841, \*1, \*4 (8th Cir. Apr. 11, 2018) (affirming the district court's finding that a zoo had unlawfully "taken" two lemurs, based upon expert testimony that social isolation of members of the "very social species" leads to elevated noradrenaline levels, susceptibility to disease, and early death).[13] Depriving lemurs of appropriate socialization causes the animals to suffer.[14]

Special Memories Zoo has harmed and harassed their lemurs. The lemurs' housing is extremely cramped and filthy, with improper and insufficient provisions of food, water, and psychological enrichment objects. The primate enclosure at the farm, in particular, does not have windows, and the animals frequently rock their cages, sit depressed in the corners, pace in circles or behave aggressively—all signs of immense

---

[10] For instance, the Zoo possesses and displays White-Tailed Deer (*Odocoileus virginianus*), and Black-Handed Spider Monkeys (*Ateles geoffroyi*). Should any of these individuals be discovered to be a listed subspecies, such as Columbian White-Tailed Deer (*Odocoileus virginianus leucurus*), Key Deer (*Odocoileus virginianus clavium*), Red Spider Monkey (*Ateles geoffroyi panamensis*) or Black-browed Spider Monkey (*Ateles geoffroyi frontatus*), the ESA claims within this notice extend to those species as well.

[11] The population in the wild has plummeted, and ring-tailed lemurs are now one of the world's most endangered primates. *See* J.R. Platt, *Ring-Tailed Lemur Populations Have Crashed by 95 Percent*, Scientific American Blog, Jan. 13, 2017, *at* https://blogs.scientificamerican.com/extinction-countdown/ring-tailed-lemur-crashe/ (describing how population has fallen to between 2,000 and 2,400 animals in 2017

[12] *See* J.I. Pollock, *Spatial Distribution and Ranging Behavior in Lemurs*, *in* The Study of Prosimian Behavior 359, 379-80 (Doyle & Martin, eds., 1979).

[13] *See also* C.B. Mowry & J.L. Campbell, *Nutrition*, *in* Ring-Tailed Lemur (*Lemur catta*) Husbandry Manual 2 (Am. Ass'n of Zoos & Aquariums, 2001).

[14] *See, e.g.*, R.E. Pride, *Optimal Group Size and Seasonal Stress in Ring-Tailed Lemurs* (Lemur catta), 16 Behavioral Ecology 550 (2005) (finding females in groups that were atypically small or large for their habitat type had higher mean cortisol levels than typically sized groups).

stress.  According to reports, one elderly lemur, after enduring recurring attacks, huddled in a corner with his head down for nearly a week until he died or was euthanized.  The carcass of a second, newborn lemur was found in an adjacent capuchin cage, where a male capuchin was tossing it around.





### 2. Gray wolves.

The Zoo possesses and displays gray wolves in conditions that amount to a take under the ESA. Gray wolves (*Canis lupus*) are a protected endangered species in Wisconsin. 50 C.F.R. § 17.11.  FWS describes the wolf as "an integral component of the ecosystems to which it typically belongs."[15]  An individual who takes a wolf violates the ESA's Section 9 and is subject to civil and criminal penalties. *See* 16 U.S.C. § 1540(a)–(b); *Hill*, 867 F.3d 499.

Species with large territories, like gray wolves, are particularly vulnerable to stress in captivity.[16] In the wild, wolf territories are typically between 200 and 500 square miles, and may be as large as 1,000 square miles.[17]  Wolves spend about 35% of their time in transit, often travelling 20 to 30 miles per day, but covering over 100 miles a day when prey is scarce.[18]

In captivity, each wolf should have its own ten-square-mile area to maintain ideal health.[19]  Wolf enclosures should be large and varied so that the canids have choices about and control over their habitats[20] and more opportunities to "express their full range of natural, species-appropriate behaviors.  Such variation can eliminate the stress and unnatural behaviors associated with housing in low quality environments." [21]  As the AZA manual emphasizes, a key choice for wolves to have is the opportunity to retreat from view:

> Enclosures should be large enough and contain sufficient visual barriers to provide the occupants with a degree of privacy and ability to avoid the public, staff, and each other when desired. When large canids do not have sufficient visual privacy or feeling of security, they are more likely to show stereotypic abnormal behavior, including pacing, spinning or twirling, excessive self-grooming (licking or chewing), and a range of other

---

[15] U.S. Fish & Wildlife Service, *Species Profile for Gray wolf (*Canis lupus*)*, Environmental Conservation Online System, https://ecos.fws.gov/ecp0/profile/speciesProfile?spcode=A00D.

[16] Breton & Barrot, *supra* n.4 at 67; *see also* Western Wildlife Outreach, *Wolf Ecology and Behavior*, Gray Wolf Outreach, http://westernwildlife.org/gray-wolf-outreach-project/biology-behavior-4. (discussing that stereotypic pacing, a stress behavior in captive animals, is "best predicted by the daily distance travelled in nature by the wild specimens.")

[17] Western Wildlife Outreach, supra n.16.

[18] *Id.*

[19] *Id.*

[20] Anne Frézard & Gilles Le Pape, *Contribution to the Welfare of Captive Wolves (*Canis lupus lupus*): A Behavioral Comparison of Six Wolf Packs*, 22 Zoo Biology 33, 43 (2003), doi: 10.1002/zoo.10070 (Noting that enclosures "must be large enough to allow a choice among different regions, to allow animals to be visually separated from the visitors, and to give them control over their activities.").

[21] Association of Zoos and Aquariums Canid Taxon Advisory Group 2012, *Large Canid (*Canidae*) Care Manual* 11 (2012).

abnormal or inappropriate behaviors and conditions such as increased agonistic interactions, diarrhea, hair loss, decreased appetite, weight loss, reproductive failure, or maternal neglect. [22]

At Special Memories Zoo, not only is the wolf enclosure small and lacking variety, it is muddy and the wolves do not have access to clean water. It is also insufficient for other species-specific reasons. The impacts of the horrible living conditions are palpable: people have observed the wolves fighting and one wolf whimpering.  This is the exact kind of suffering the ESA's take provision aims to prevent.

### 3.  Tigers.

The Zoo possesses and displays tigers in conditions that amount to a take under the ESA. Tigers (*Panthera tigris*) are endangered wherever found. 50 C.F.R. § 17.11. To strengthen the protections for captive tigers under the ESA, FWS issued a recent rule to remove non-purebred tigers (inter-subspecific crossed or generic tigers) from the list of species exempt from registration under the Captive-bred Wildlife regulations. *See* U.S. Captive-Bred Inter-subspecific Crossed or Generic Tigers, 81 Fed. Reg. 19923 (Apr. 6, 2016). An individual who takes a tiger violates the ESA's Section 9 and is subject to civil and criminal penalties. *See* 16 U.S.C. § 1540(a)–(b).

Tigers are "one of the largest living carnivores,"[23] and their territories range from 27 to 32 square miles for females, and 103 to 114 square miles for males.[24] They are also a long-ranging species, known to travel over 400 miles to reach tiger populations in other areas.[25]  As with other long-ranging species with large territories, tigers are particularly vulnerable to stress in captivity, and stereotypic behavior in captive tigers correlates to the size and complexity of the enclosure.[26]  A 2014 study of 38 tigers in seven French zoological parks sought to quantify the influence of enclosure size on stereotypic pacing[27] and found "a significant negative correlation between the total [distance paced] and the enclosure size."[28]  Therefore, researchers have concluded that both large and enriched naturalistic enclosures are essential to preventing the onset of

---

[22] *Id.*

[23] Breton & Barrot, *supra* n.4 at 67.

[24] Achara Simcharoen, Tommaso Savini, George A. Gale, Saksit Simcharoen, Somphot Duangchantrasiri, Somporn Pakpien, James L D Smith, *Female Tiger Panthera Tigris Home Range Size and Prey Abundance: Important Metrics for Management*, 48(3) ORYX3 370 (2014), doi: 10.1017/S0030605312001408.

[25] Aditya Joshi, Srinivas Vaidyanathan, Samrat Mondol, Advait Edgaonkar & Uma Ramakrishnan, *Connectivity of Tiger (*Panthera tigris*) Populations in the Human-Influenced Forest Mosaic of Central India*, 8(11) PLoS ONE e77980 (2013), doi: 10.1371/journal.pone.0077980.

[26] See Breton & Barrot, *supra* n.4 at 67 (discussing that stereotypical pacing, a stress behavior in captive animals, is "best predicted by the daily distance travelled in nature by the wild specimens.")

[27] Breton & Barrot, *supra* n.4 at 67.

[28] *Id.*

tigers' stereotypical behaviors.[29]

Tigers are also avid swimmers, keeping cool on hot days by bathing in rivers and lakes, and swimming up to 18 miles in a day.[30] A 2017 study monitored 41 tigers at six zoos in India, measuring stereotypical behaviors and stress levels through fecal glucocorticoid metabolites, a biochemical marker of stress.[31] Researchers concluded that large enclosures with a pool with clean water are "essential for tigers"—they reduce stress and promote naturalistic behavior."[32]  Likewise, the AZA Tiger Care Manual says that all tiger exhibits should include relatively large, complex outdoor space, and water pools, moats, and/or running streams, and that "the addition of a concrete pool is key in tiger exhibits."[33]

Special Memories Zoo does not provide the tigers with the basic necessities of clean water, food, or straw: the water tanks are full of algae, the food is infested with maggots, and the straw is left soiled and unchanged for up to months on end.  In addition, one visitor stated: "There was a tiger in a small cage that paced back and forth the entire time we were there."  That pacing is evidence of chronic stress and restlessness.  The small cage is an insufficient habitat for a tiger.  There is no space for the tiger to swim, run, or even stretch his legs—let alone engage in a normal range of social or stimulating activity.  These conditions therefore constitute a take under the ESA.

### 4. Black Leopard

Leopards (*Panthera pardus*) are listed as endangered wherever found except in portions of Africa where they are protected as threatened.  50 C.F.R. § 17.11.[34]  In their article in *Mammalian Species*, Andrew Stein and Virginia Hayssen lay out many of leopards' defining characteristics.[35]  The leopard is the smallest of the large cats in the genus *Panthera*, though there are variations in sizes of leopards across their range. Males are generally larger than females: typically 30 to 62 kg compared to 21 to 54 kg for females. Fur color varies from yellow to black and is soft and thick, and leopards living in colder climates have longer hair. Leopards have well-developed musculature on the neck, forelimbs and chest and can drag a carcass more than double the leopard's

---

[29] *See Vaz et al., supra* n.3 at 2.

[30] Ronald M. Novak, *Walker's Mammals of the World* 825-828 (1999); *see also* John Seidensticker, Peter Jackson, Sarah Christie, *Riding the Tiger* (1999).

[31] Vaz et al., *supra* n.3 at 3.

[32] *Id.* at 21.

[33] Association of Zoos and Aquariums Tiger Species Survival Plan, *Tiger Care Manual* 11 (2016).

[34] See 37 FR 6476; Environmental Conservation Online System, *Species Profile for Leopard (*Panthera pardus*)*, U.S. FISH & WILDLIFE SERVICE (last visited June 28, 2019), https://ecos.fws.gov/ecp0/profile/speciesProfile?sId=156

[35] *See* Andrew B. Stein & Virginia Hayssen; *Panthera pardus (Carnivora: Felidae)*, Mammalian Species, Volume 45, Issue 900, 12 June 2013, Pages 30–48, https://doi.org/10.1644/900.1

body weight up a tree. Leopards can reach a maximum speed of 60 km per hour, make horizontal leaps of 6 m, and make vertical leaps of 3 m.

Leopards have a polygynous mating system.  Both sexes are territorial: males have a territory that includes territories of several females, and both sexes defend their territories against individuals of the same sex (although there can be some overlap among same-sex territories). Although generally solitary, males and females will associate for several days during mating before separating again, and females will raise cubs for over a year. Generally, leopard home-range size varies according to prey availability—leopards have larger home ranges where prey availability is low.  Ranges are typically in the dozens of square kilometers and often exceed a hundred square kilometers (over 5% the size of all of Outagamie County, Wisconsin).

Leopards naturally engage in stalking behaviors and prey on a wide range of other species, from beetles and rodents to large antelopes. Females and cubs tend to prey on smaller animals. Leopards attack prey by stalking and pouncing. Leopards can be active at night or during the day (i.e., in Kenya and South Africa, 66% of activity is nocturnal). Importantly, leopards often drag their prey up into trees, making the availability of 3-dimensional space critical to an appropriate habitat.

As with the enclosures for the other large, endangered species at the Zoo and Farm, the leopard does not have adequate space or stimulation, including insufficient three-dimensional space.  She is unable to engage in natural behaviors, and as a result, she also suffers from chronic stress—evidenced by stereotypic behaviors.  At an even more fundamental level, the Zoo fails to regularly clean the leopard's water tanks.  All of these conditions constitute a harm under the ESA.





### 5. Lions.

The Zoo displays endangered lions in conditions that amount to a take under the ESA. Lions (*Panthera leo leo* and *Panthera leo melanochaita*) are an endangered species. 50 C.F.R. § 17.11. When he was Director of FWS, Dan Ashe described lions as "one of the planet's most beloved species and an irreplaceable part of our shared global heritage."[36] An individual who takes a lion violates the ESA's Section 9 and is subject to civil and criminal penalties. *See* 16 U.S.C. § 1540(a)–(b).

Lion home ranges vary by location from 8–17 square miles to over 800 square miles.[37] Lions travel up to 8 miles a day.[38] Lions are very social, with females and cubs living in prides averaging 4–6 adult females, and up to 8 males with a lifelong alliance with the pride.[39] The AZA manual sets a minimum of 10,000 square feet for lion enclosures.[40] In addition, because lions are accustomed to a warm environment, the AZA manual calls for access to indoor enclosures or a supplemental heat source in temperatures below 50 °F.[41] Yet Special Memories Zoo fails to provide adequate protections from such temperatures or adequate supplemental heat sources even though it is located in an area of the country that routinely has high daily temperatures below 50 °F during several winter months.

Captive felids, such as lions, have particularly high needs for environmental enrichments.[42] Enrichments can "enhance captive animals' well-being by stimulating active behaviors and reducing stereotypical behaviors commonly seen in zoo felids."[43] Because of the complexity of lions' exploring and hunting in the wild, "it remains difficult to provide fully for this complex array of behaviors within the captive setting."[44]

Special Memories Zoo fails to provide its lions with even the most minimal environmental enrichments—let alone clean water tanks. Like the other species with large territories, the lions at the Zoo are suffering from deprivation and living in a constant state of stress.

---

[36] U.S. Fish & Wildlife Service, *Lions Are Now Protected Under the Endangered Species Act*, Endangered Species (Dec. 23, 2015), https://www.fws.gov/endangered/what-we-do/lion.html.

[37] Monika B. Lehmann, Paul J. Funston, Cailey R. Owen & Rob Slotow, *Home Range Utilization and Territorial Behavior of Lions (*Panthera Leo*) on Karongwe Game Reserve*, South Africa, 3(12) PLoS One e3998, 4 (Dec. 22, 2008), doi: 10.1371/journal.pone.0003998.

[38] Möstl & Palme, supra n.7 at 68.

[39] San Diego Zoo, *Fact Sheet: African lion, Panthera leo* (Aug. 2005).

[40] Association of Zoos and Aquariums Lion Species Survival Plan, *Lion Care Manual* 19 (2012).

[41] *Id.* at 13.

[42] Thomas Quirke et al., *A comparative study of the speeds attained by captive cheetahs during the enrichment practice of the "cheetah run"*, 32(5) Zoo Biology 490, 490 (2013), doi: 10.1002/zoo.21082.

[43] Amy L. Skibiel, Heather S. Trevino, & Ken Naugher, *Comparison of Several Types of Enrichment for Captive Felids*, 26(5) Zoo Biology 371, 371 (2007), doi: 10.1002/zoo.20147.

[44] Quirke et al., *supra* n.42 at 490.





### 6. Canada Lynx.

The Zoo possesses and displays Canada lynx in conditions that amount to a take under the ESA. Canada lynx (*Lynx canadensis*) are listed as threatened "wherever found in the contiguous USA." 50 C.F.R. § 17.11. ALDF recognizes that FWS issued a special 4(d) rule that authorized unpermitted "takes" of *captive* Canadian lynx, 50 C.F.R. § 17.40(k), yet this disparate treatment of wild and captive species is invalid as a matter of law because it directly conflicts with the statute's requirements. *See* 63 Fed. Reg. 48634-02 at 48636 (Sept. 11, 1998) (recognizing the statutory term "take" was "defined by Congress in Section 3 of the Act" as applying to "endangered or threatened wildlife, whether wild or captive," and therefore "the statutory term cannot be changed administratively" to exclude captive individuals); *see also Kuehl v. Sellner*, 887 F.3d 845, 852-53 (8th Cir. 2018) (recognizing the ESA applies to captive endangered species in affirming judgment against roadside zoo for violating ESA).

Regardless of the invalid federal split-listing of the Canada lynx, Special Memories Zoo's treatment of the Canada lynx violates Wisconsin's captive wild animal and cruelty statutes, which have specific provisions for lynx, and may also violate Wisconsin's endangered species protections, to which the FWS regulation is

inapplicable.

Canada lynx primarily inhabit the northern forests of Canada and Alaska, with smaller populations in the contiguous U.S.[45] Canada lynx typically inhabit regions where snow cover continues for four months or more.[46] Lynx density varies from one lynx per square mile to one lynx per 39 square miles—this depends on the availability of their primary food source, snowshoe hare.[47] Home ranges vary in size and have been recorded from 3 to 302 square miles.[48]

Captive Canada lynx have been found to have approximately double the levels of stress hormones as their wild counterparts.[49] "This result is generally attributed to higher levels of stress in captivity."[50] As noted above, "chronically high stress levels can have deleterious effects on an animal's well-being, including the animal's immune function, development, and reproductive function."[51]

In 2013, researchers performed "an exploratory analysis of housing and husbandry factors that may affect stress physiology in captive Canada lynx" by measuring the biochemical stress marker fecal glucocorticoid metabolite ("FGM") in 45 captive lynx across 22 institutions.[52] Researchers identified three factors that were "strongly correlated" with stress response: (1) total area of enclosure; (2) sex of cage-mates; and (3) number of hiding locations.[53] During the course of the study "one male was moved to a larger enclosure at the same institution and FGM concentrations decreased notably following the move."[54] Researchers ultimately concluded that, "bigger enclosures are likely better for lynx well-being."[55]

The Zoo keeps Canada lynx in tiny, barren, unclean and foul-smelling enclosures with minimal to no snow cover, frustrating their natural behaviors. These conditions cause a measurable, physical stress response in Canada lynx. The conditions at the Zoo therefore amount to a taking.

---

[45] U.S. Fish & Wildlife Service, *Canada Lynx (Lynx Canadensis)*, Endangered Species, Mammals (June 25, 2018), https://www.fws.gov/mountain-prairie/es/canadaLynx.php.

[46] *Id.*

[47] USDA Forest Service, *The Scientific Basis for Conserving Forest Carnivores: American Marten, Fisher, Lynx, and Wolverine in the Western United States, General Technical Report Rm. 254*, 82–83 (1994).

[48] *Id.*

[49] Kerry V. Fanson, Nadja C. Wielebnowski, Tanya M. Shenk, & Jeffrey R. Lucas, Comparative Patterns of Adrenal Actvity in Captive and Wild Canada Lynx (Lynx Canadensis), 182 Journal of Comparative Physiology B 157, 163 (2012), doi: 10.1007/s00360-011-0597-8.

[50] *Id.*

[51] Keay et al.*, supra* n.6 at 234.

[52] Fanson & Wielebnowski, *supra* n.49 at 159.

[53] *Id.* at 163.

[54] *Id.* at 164.

[55] *Id.*

### 7. Japanese Macaque/Snow Macaque

Special Memories Zoo possesses and displays Japanese macaques. The U.S. FWS lists the Japanese macaque as threatened wherever it is found. 50 C.F.R. § 17.11(h); 50 C.F.R. 17.40(c).[56] As discussed with respect to the invalid split-listing of the Canada Lynx, the similar 4(d) rule regarding captive Japanese macaques is equally invalid. *See* 50 C.F.R. § 17.40(c). Wild Japanese macaques are subject to Section 9 of the ESA, and FWS itself has determined that protections must equally apply to captive and wild members of the same species. *See* 78 Fed. Reg. 33790, 33793 (June 5, 2013). Regardless, the evidence establishes that the Zoo and Farm are a public nuisance under Wisconsin law with regard to their treatment of the Japanese macaques.

Japanese macaques typically live in large groups across broad expanses of forest land. In a comprehensive study of 117 groups of macaques, the average group size was 40.8 individuals and the smallest extreme was 10 individuals.[57] Macaques form strong social bonds, especially the females, who often remain in the same troops throughout their lives.[58] Although male Japanese macaques are much larger than females, the females choose their mates; they typically will not mate with the same males inside a 4–5 year period.[59] Courtships last no more than two days on average.[60] Japanese macaques also engage in social activities, whether for survival—such as washing and peeling food together—or for fun, such as rolling snowballs.[61] In captivity, "Environmental enrichment is vital . . . It can stimulate both the brain and body, provides novelty and simulates behaviours found in the wild."[62]

The home range of Japanese macaques averages 1.43 mi² per group.[63] In evergreen broadleaf forests—the habitat in which Japanese macaques have the smallest home range—the smallest estimated home range for an individual is 14,000 square meters (over two and a half football fields).[64] In the largest home-range habitat, deciduous broadleaf forest, each individual Japanese macaque can use up to 790,000 square meters—nearly 148 football fields.[65]

---

[56] Determination of 26 Species of Primates as Endangered (12) or Threatened (14); 41 Fed. Reg. 45990 (Oct. 19, 1976) (codified at 50 C.F.R. pt. 17).

[57] Jack Fooden & Mitsuru Aimi, *Systematic Review of Japanese Macaques,* Macaca fuscata, 104 Fieldiana Zoology 1, 51 (2005)

[58] Japanese Macaque, BLUE PLANET BIOMES (last visited June 27, 2019), https://blueplanetbiomes.org/japanese_macaque.php

[59] *Id.*

[60] Fooden & Aimi, *supra* n.57 at 59.

[61] Blue Planet Biomes, *supra* n.58.

[62] Primate Enrichment for Japanese Macaques, MONKEYS AND MOUNTAINS (last visited June 28, 2019) https://monkeysandmountains.com/japanese-macaque-enrichment/

[63] See Fooden & Aimi, *supra* n.57 at 52; Kurt Gron, *Japanese macaque: Macaca fuscata*, PRIMATE INFO NET (Apr. 26, 2007), http://pin.primate.wisc.edu/factsheets/entry/japanese_macaque

[64] See Fooden & Aimi, *supra* n.57 at 52.

[65] See *id.*

Special Memories Zoo's housing of two macaques—Bill and Sheri—subjects these endangered animals to harm and harassment. Whereas the very smallest groups of macaques in the wild consist of ten individuals, Bill and Sheri are housed either together or—currently—in complete isolation. By housing the macaques together, the Zoo subjected Sheri, the female, to having a stronger animal chase and bite her. Sheri was forced to live alone with a male far longer than any courtship period would last, and far longer than any female macaque would be alone with a male in the wild. Because of the confinement and absence of other females, she had no ability to escape or seek protection from biting. Now, in isolation, Bill and Sheri have no social interactions whatsoever. They have no intellectual stimuli and their enclosures, in addition to being filthy, are far smaller and barer than even the most minimal home ranges that Japanese macaques typically inhabit. The macaques exhibit stereotypic behaviors, such as circling back and forth, rocking their cages, acting aggressively and sitting depressed in a corner.



**II. Special Memories Zoo is a Public Nuisance under Wisconsin State Law.**

Special Memories Zoo possesses and displays hundreds of other animals.[66] Special Memories Zoo's mistreatment of some of the animals at the facility, along with its "take" of animals listed as endangered or threatened under the ESA, violates Wisconsin law and indicates that the facility is unfit to properly care for wild animals.

Under Wisconsin law, "[a]ny person, county, city, village or town may maintain an action to recover damages or to abate a public nuisance from which injuries peculiar to the complainant are suffered, so far as necessary to protect the complainant's rights and to obtain an injunction to prevent the same." Wis. Stat. Ann. § 823.01. "A public nuisance is a condition or activity which substantially or unduly interferes with the use of a public place or with the activities of an entire community." *Physicians Plus Ins. Corp. v. Midwest Mut. Ins. Co.*, 646 N.W.2d 777, 788 (Wis. 2002). Violation of a statute or even an ordinance is not necessary,[67] but can be sufficient, to establish a public nuisance under Wisconsin Supreme Court precedent. *See State v. H. Samuels Co.*, 211 N.W.2d 417, 420–21 (1973) ("[I]f repeated violations of a public statute as in Penney constitute a public nuisance, then the repeated violations of an ordinance [also] constitute a public nuisance [as a matter of law].")

Like in *H. Samuels Co.*, here Special Memories Zoo's repeated violations of statutes and ordinances as described below constitutes a *per se* public nuisance. *Id.* Likewise, in *State v. Seigel*, a Wisconsin appellate court held that firework stores violating Wisconsin's fireworks law were a *per se* public nuisance. 472 N.W.2d 584, 587 (Ct. App. 1991). In addition to the federal ESA violations described above, the following subsections identify Special Memories Zoo's violations of state laws at the Zoo and Farm. Each statutory violation makes the Zoo and Farm *per se* public nuisances.

**A. Special Memories Zoo Violates Wisconsin's Laws Regulating Captive Wild Animals and Animal Cruelty.**

Wisconsin has statutory provisions directly addressing "pen specifications, humane handling, care, treatment and transportation of captive wild animals." Wis. Adm. Code § NR 16.30(2)(a) (2017) (structure and construction); *Id.* § NR 16.30(2)(b) (housing facilities with food and bedding); *Id.* § NR 16.30(2)(c) (surfaces of enclosures); *Id.* § NR 16.30(2)(f) (pest control); *Id.* § NR 16.30(3)(a) (space for animals in pens); *Id.* § NR 16.30(3)(b) (protection from the elements and ventilation); *Id.* § NR 16.30(7) (species-specific environmental enrichment); *Id.* § NR 16.30(8) (feeding, watering, and food and water receptacles). In pertinent detail, enclosures must "protect the captive wild animals from injury, contain the animals securely and restrict other animals from

---

[66] *See* List of Species at Appendix 1. This includes at least one giraffe, which is a species the FWS has recently concluded likely warrants protection under the ESA. *See* https://www.nytimes.com/2019/04/27/science/giraffes-endangered-species.html.

[67] *See* Brigid W. Massaro, *Navigating the "Impenetrable Jungle": Statutory Limits on Wisconsin Public Nuisance Actions*, 90 Marquette L. R., 95 (2006).

entering," and be "free of any accumulation of trash, waste material, refuse, weeds and other discarded materials." *Id.* § NR 16.30(2).



Moreover, the statute specifies that animals must be able to make "normal postural and social adjustments," and "inadequate space may be indicated by evidence of malnutrition, poor condition, debility, stress or abnormal behavior patterns." *Id.* § NR 16.30(3)(a). Lastly, persons must offer captive wild animals potable water "not less than twice daily for at least one hour each time," and must feed the animals at least once daily with food that is "uncontaminated, wholesome, palatable and of sufficient quantity and nutritive value to maintain the normal condition and weight of the animal. The diet shall be appropriate for the individual animal's age and condition." *Id.* § NR 16.30(8).

In addition to these standards for all captive wild animals, Wisconsin's statute adds more detailed protections for the following animals at the Zoo and Farm: lynx, raccoons, bears, otter, bobcats, fox and fisher. *Id.* § NR 16.30(4),(7)(b),(9)(c). In pertinent detail, regarding bobcats, lynx, fox and fishers, license holders must "develop, document and follow an appropriate plan for environment enhancement adequate to promote the psychological well being of these captive wild animals . . . in accordance with the currently accepted professional standards as cited in appropriate professional journals or reference guides, and as directed by the attending veterinarian." *Id.* § NR 16.30(7)(b). Raccoons must have, in addition to other accommodations, pens that are "designed and constructed of suitable materials" and "kept in good repair." *Id.* § NR 16.30(4)(c).

Lastly, Wisconsin law addresses the "[e]xhibition of captive wild animals," and these provisions offer even stricter regulations than § 16.30, specifically regarding sanitation. Wis. Admin. Code NR § 16.35. These provisions add that "[e]xcreta and food waste shall be removed from primary enclosures and from under primary enclosures as often as necessary to prevent an excessive accumulation," and "Primary enclosures and food and water receptacles shall be cleaned and sanitized at least once every 2 weeks and more often if necessary." *Id.* § 16.35(3).

In addition to the provisions addressing captive wild animals, Wisconsin has an animal cruelty statute that applies to "*every* living: (a) Warm-blooded creature, except a human being; (b) Reptile; or (c) Amphibian." WIS. STAT. § 951.01 (emphasis added). Although Wisconsin's cruelty laws cannot controvert its laws regulating captive wild animals, they are applicable and enforceable with respect to these animals. Wis. Stat. § 951.015(1),(2);[68] *see also State v. Kuenzi*, 796 N.W.2d 222, 225 (Wis. App. 2011), review denied by 806 N.W.2d 637 (Wis. 2011) (recognizing that the language of Wisconsin's animal cruelty statute, "on its face," demonstrates the statute's broad application to all animals).

Wisconsin's statute defines cruelty as "causing unnecessary and excessive pain or suffering or unjustifiable injury or death," WIS. STAT. § 951.01. It prohibits treating animals in a "cruel manner," WIS. STAT. § 951.02, and details additional requirements

---

[68] Wis. Stat. § 951.015(2) states, "*For purposes of enforcing this chapter as to wild animals subject to regulation under ch. 169*, a conservation warden has the same powers and duties that a law enforcement officer has under this chapter." (emphasis added).

with which people in possession of animals must comply.  First, animals must have proper access to food, water, and shelter. WIS STAT. § 951.13 (food and water); *Id.* § 951.14 (shelter).  Indoor shelters must be temperature controlled and ventilated, while outdoor shelters must provide protection from sunlight and inclement weather. *Id.* § 951.14(1); *Id.* § 951.14(2).  All enclosures, both indoor and outdoor, must also abide by sanitation requirements, including "periodic cleaning to remove excreta and other waste materials, dirt and trash."  *Id.* § 951.14(4).  Finally, all enclosures must abide by structural and space requirements. *Id.* § 951.14(3).  Structurally, people must maintain the enclosures so they can contain the animals and protect them from injury. *Id.* § 951.14(3)(a).  Under the space requirements, animals must have "adequate freedom of movement." *Id.* § 951.14(3)(b).  In pertinent part, section 951.14(3)(b) explains that "[i]nadequate space may be indicated by evidence of debility, stress or abnormal behavior patterns."

In Wisconsin, any person who intentionally or negligently violates these provisions is guilty of a Class A misdemeanor, and anyone who treats an animal cruelly "resulting in the mutilation, disfigurement or death of [the] animal," is guilty of a Class 1 felony.  WIS. STAT. § 951.18.

Special Memories Zoo's violations of Wisconsin laws include, but are not limited to:

- Wis. Admin. Code NR § 16.30(3)(a); WIS. STAT. §§ 951.02, 951.14(2),(3)(b): Confining animals to undersized enclosures does not provide for "normal postural and social adjustments" or even "adequate freedom of movement." Numerous TripAdvisor comments remark on how small the animals' cages are. The Zoo and Farm animals' abnormal behaviors provide evidence that these small cages are impairing animals' freedom of movement. In addition to the endangered species' abnormal behaviors, detailed above: primates frequently rock their cages, sit depressed in the corners, pace in circles or behave aggressively; a crane injured his wing so badly by flapping against an undersized cage, that it spattered blood across the barn; and parakeets die frequently from living in crowded conditions with other sick birds.  These behaviors upset visitors, who have commented online, for example, that "all of the animals seemed entirely miserable," and "the big animals were especially sad." Subjecting animals to such conditions is not only cruel on its face, it directly violates Wisconsin's space provisions.

- Wis. Admin. Code NR § 16.30(3); WIS. STAT. §§ 951.02, 951.14(3): There have been multiple reports of animals harming each other while under the care of Special Memories Zoo—specifically, male animals harming smaller females due to unnatural housing arrangements.  Under Special Memories Zoo's care: a male macaque named Cooper bit an wounded a female macaque's upper right thigh, and the Zoo failed to separate the animals in a timely manner; a male snow macaque named Bill repeatedly harmed a female snow macaque named Sheri, and the Zoo failed to separate the animals in a timely manner; a male

binturong bit a female above her eye; a male blackbuck brutally injured a female, and the Zoo failed to separate the animals—despite a keeper bringing the problem to Ms. Crowe's attention; a male Baboon fought with female Baboons and the zoo failed to keep them separated; a male capuchin was found tossing the carcass of a baby lemur; and one wolf constantly picks on a second, who is constantly heard whimpering. Among other concerns these incidents raise, they depict that the animals do not have space for "normal . . . social adjustments."

- Wis. Admin. Code NR § 16.30(7): The animals at the Zoo and on the Farm suffer from lack of enrichment. Inadequate enrichment for Lynx, bobcats, fox and fishers is a further violation of subsection b, which mandates specific forms of enhanced enrichment for these species.

- Wis. Admin. Code. § NR 16.30(4),(7)(b),(9)(c): The provisions extend special protections several species at the Zoo— lynx, raccoons, bears, otter, bobcats, fox and fisher—and these enclosures do not meet Wisconsin's specifications. Indeed, one TripAdvisor comment described the animal homes as "too small cages on a concrete slab" and remarked that there were "[n]o habitat[s] whatsoever."

- Wis. Admin. Code NR § 16.35(3); *Id.* § 16.30(2); WIS. STAT. § 951.14(4): Special Memories Zoo does not instruct the staff to follow any cleaning schedule whatsoever. The giraffe's cage, for example, went uncleaned for over a month and the tiger den went uncleaned for nearly three. This directly violates Wisconsin's bi-monthly, "periodic cleaning" requirements. Making matters worse, Ms. Crowe not only fails to schedule cleaning for as the law requires, but she has further denied employees' cleaning requests. Because the law requires cleaning "more often [than every two weeks] if necessary," denying these requests is in itself a violation of Wisconsin law.

- Wis. Admin. Code NR §§ 16.35(3), 16.30(2),(3)(b); WIS. STAT. §§ 951.02, 951.14(4): A second violation of Wisconsin's sanitation provision results from the first—Special Memories Zoo fails to "remove excreta and other waste materials, dirt and trash so as to minimize health hazards" and "as often as necessary to prevent an excessive accumulation." According to reports, the lynx and bear cages are "foul smelling," and the giraffe developed a cough from inadequate ventilation. Moreover, observers have reported excessive piles of feces in numerous enclosures including those of: raccoons, dogs, bobcat kittens, rabbits, otters, and tigers. Most egregiously, the raccoons often cling to the top left corner wall of the cage so that they do not have to sit in feces, and a rabbit has suffered from "urine scalding."

- Wis. Admin. Code NR §§ 16.35(3), 16.30(2)(e): A live rat was found in a bucket of meat that is fed to the big cats, wolves, and fishers, directly violating the provision that food must be stored and food receptacles must be cleaned to prevent vermin infestation.

- Wis. Admin. Code NR §§ 16.35(3), 16.30(8); WIS. STAT. §§ 951.13, 951.14(4):

Water bowls and tanks for numerous animals at the Zoo and Farm are reportedly filthy because Ms. Crowe discourages workers from bringing water bowls out of the cages to clean them properly with soap and sponges.  Filthy water bowls and tanks have been reported in enclosures for: bobcats, primates, lions, tigers, the leopard, raccoons, wolves, porcupines, camels and goats. These water bowls and tanks are often coated in algae.  An HSUS complaint reported that the brown bears' water dish "resembles a watery sludge topped with an oily residue."  Such conditions violate both the sanitation and water provisions of Wisconsin law.





- Wis. Admin. Code NR § 16.30(8); WIS. STAT. §§ 951.13, 951.14(4): Special Memories Zoo fails to provide many of the animals with enough water.  The pig at the Farm often does not have any water at all, and the Zoo received a direct noncompliance from USDA after failing to adequately water the primates.

- Wis. Admin. Code § NR 16.30(8); WIS. STAT. § 951.13: Special Memories Zoo fed emus, ostriches, and rheas dog food for over half a month after it ran out of commercially-prepared ratite food.  Likewise, bears are only fed dog food in the winter and fruits and bakery items in the summer. Such food is not "appropriate for the individual animal's age and condition" and was insufficient to "maintain animals in good health."

- In addition, felids are often fed old, rancid meat that has been left unrefrigerated. Feeding animals in this way violates Wisconsin's mandate that animals receive "uncontaminated, wholesome, [and] palatable" food.

- Wis. Admin. Code § 16.30(2); WIS. STAT. § 951.14(3)(a): Numerous escapes at the Zoo and Farm show that the animals' structures are inadequate.  For example, a mother chinchilla and her two babies escaped into the reptile house because the cage door did not close properly.  Although she discovered this problem, Ms.

Crowe failed to remedy the situation and the chinchillas escaped a second time. In addition, as discussed above, a male capuchin was found tossing the dead body of a newborn lemur. Given these incidents, the Zoo is clearly violating Wisconsin's statutory provision that "housing facilities shall be structurally sound and maintained in good repair to protect the animals from injury and to contain the animals." It is also violating the language of the captive wild animal regulations, requiring pens that "contain the animals securely and restrict other animals from entering."

- WIS. STAT. §§ 951.02, 951.14(1), (3)(b): The AZA Lion Care Manual states lions should be provided access to minimum-sized indoor enclosures or a supplemental heat source in temperatures below 50 °F. Failure to provide adequate indoor enclosures or supplemental heat sources for lions in Greenville, Wisconsin—which regularly has high daily temperatures below freezing during winter months—constitutes failure to provide necessary shelter in contravention of the criminal code. Likewise, the raccoon cage does not provide sufficient roofing to protect the animals from the elements, and the wolf enclosures are frequently muddy when it rains, demonstrating that they do not provide adequate protection from "inclement weather" or "shelter appropriate to the local climatic conditions."

- Wis. Admin. Code. § NR 16.30(4)(c): This provision specifically requires raccoon pens to be "designed and constructed of suitable materials" and "kept in good repair," and a cage with a wire floor does not meet these standards. The raccoon cage also fails to protect the animals from the elements and egregiously violates sanitation conditions, as discussed above.

- Wis. Admin. Code. § NR 16.30(4)(c)2.d: This provision specifically requires otter enclosures to have 50 gallon pools, which the Zoo does not regularly provide. Indeed, former employees have indicated that the water receptacle and pool for the otters is rarely cleaned or replaced with fresh water and is often covered in algae. The pool is drained during the winter months and the only other water source provided to the otters while their pool was drained was a bucket of drinking water. Otters are semi-aquatic animals whose natural behavior and movements cannot be satisfied in a small bucket.



- WIS. STAT. § 951.02: There are numerous reports of Special Memories Zoo failing to provide sick animals with appropriate—or even adequate—veterinary care, leading to severe injury and even death.  According to complaints, these harmed animals include but are not limited to: a kangaroo, 6–8 badgers, a macaque, a skunk, a spider monkey, two goats—including one baby—a cotamundi, and two lions.  Gretchen Crowe, the Zoo Manager, has likely covered up at least one of these incidences.  These incidences demonstrate the direct harm Special Memories Zoo causes to animals.

**B.      Special Memories Zoo also Violates Greenville and Hortonville Town Ordinances Respectively.**

Special Memories Zoo is additionally liable for violating local ordinances. Greenville, where the  Zoo is located, and Hortonville, where the Wheeler's and Ms. Crowe keep animals on their "Farm," employ the same public-nuisance definition.[69] The treatment of animals at the Zoo and Farm "[g]reatly offend[s] . . . public morals [and] decency" and therefore constitutes a public nuisance under subsection 3.  In addition, both town ordinances detail specific conditions that constitute public nuisances.  The Farm in Hortonville violates the town's ordinance because it is a "breeding place[] for insects and vermin" and emits "noxious odors."  The Zoo in Greenville is a "breeding place for vermin, insects, etc.," emits "noxious odors," and creates "unhealthy or unsanitary conditions."

---

[69]  A public nuisance is a thing, act, occupation, condition or use of property which continues for such length of time as to:
(1) Substantially annoy, injure or endanger the comfort, health, repose or safety of the public.
(2) In any way render the public insecure in life or in the use of property.
(3) Greatly offend the public morals or decency.
(4) Unlawfully and substantially interfere with, obstruct or tend to obstruct or render dangerous for passage any street, alley, highway, navigable body of water or other public way or the use of public property. GREENVILLE, WIS., CODE § 198-2 (2012); HORTONVILLE, WIS., CODE § 10.02.

**C. Special Memories Zoo Violates Wisconsin's Protections for Endangered and Threatened Species.**

Wisconsin State Law aims to promote and extend the protections of the federal ESA; Wis. Stat. § 29.604(1); *Barnes v. Dep't of Nat. Res.*, 516 N.W.2d 730, 735 (1994) ("From the statute's statement of purpose . . . it is clear that the legislature intended this statute to complement the federal Endangered Species Act by strengthening the potential for the continued existence of endangered and threatened species within this state.") Wisconsin's endangered species list "consist[s] of three parts: wild animals and wild plants on the U.S. list of endangered and threatened foreign species; wild animals and wild plants on the U.S. list of endangered and threatened native species; and a list of endangered and threatened Wisconsin species." Wis. Stat. § 29.604(3).[70] The statute prohibits any person from taking, transporting, possessing, processing or selling "any wild animal *specified by the department's endangered and threatened species list*" within the state. Wis. Stat. § 29.604(4). Because the department's list consists of federally endangered and threatened species, Special Memories Zoo's violations of the ESA are also violations of Wisconsin's endangered species protections.

**D. Special Memories Zoo is Also a Public Nuisance Because it Poses a Risk to Humans.**

The Zoo's and Farm's confinement of these animals constitutes a public nuisance not only because it is inhumane to the animals at issue, but also because it is unsafe to the public. There is high turnover of untrained employees, and as a result, numerous, dangerous animals have escaped their cages, including a tiger and a capuchin. Notably, the capuchin that escaped his cage for 2–3 hours was the same capuchin found, on a separate occasion, tossing around the dead body of a newborn lemur. Employees have also suffered bites from animals. Under such conditions, it is only a matter of time before employees, as well as visitors, suffer grave injury due to the poor conditions at the Zoo.

* * * *

---

[70] To the extent that the U.S. FWS's split-listings do not apply under Wisconsin state law, Wisconsin's protections will extend to even more captive species, like the Canada lynx and Japanese macaque, than the ESA's.

In sum, for the reasons outlined above, Special Memories Zoo violates the ESA and Wisconsin law. We urge Special Memories Zoo to accept ALDF's offer and allow all animals to be transferred to an appropriate and reputable sanctuary at no cost to Gene Wheeler, Dona Wheeler, Gretchen Crowe, or Special Memories Zoo, LLC.

If you are willing to work with ALDF to relocate the animals to sanctuary, please contact us—or have your attorney contact us—immediately so we can begin to make arrangements. My direct phone number and email address are listed below. If we do not hear from you about this possible resolution, or if Special Memories Zoo fails to cease its violations of the ESA and Wisconsin state law, please be advised that after 60 days, we intend to file suit to enforce these laws in efforts to end the animals' mistreatment and suffering.

Very truly yours,

ANIMAL LEGAL DEFENSE FUND

By:

Anthony T. Eliseuson
Senior Staff Attorney
aeliseuson@aldf.org
(707) 795-2533 ext. 1043