

525 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

October 1, 2019

*Via FedEx and Email*

Gene Wheeler, Dona Wheeler,
& Gretchen Crowe
N1426 Midway Road
Hortonville, WI 54944
zookeeper80@aol.com

Special Memories Zoo, LLC
W7013 Spring Rd
Greenville, WI 54942
920-757-9695
info@specialmemorieszoo.info

David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
Email: exsec@ios.doi.gov, feedback@ios.doi.gov

Margaret Everson, Acting Director
U.S. Fish & Wildlife Service
1849 C Street NW, Room 3331
Washington, DC 20240
Email: Margaret_Everson@fws.gov

*Re:     Notice of Intent to File Suit Pursuant to Endangered Species Act.*

Dear Dona Wheeler, Gene Wheeler, Gretchen Crowe, David Bernhardt and Margaret Everson:

This letter supplements Animal Legal Defense Fund's September 10, 2019 letter. A copy of that prior letter is attached as Tab A for your convenience. In addition to all the points raised in that prior letter, this supplemental letter additionally places you on notice that, upon information and belief, Special Memories Zoo[1] is also in violation of the Endangered Species Act ("ESA") based on its knowing purchase or conspiracy to engage in unlawful transactions involving endangered animals in interstate commerce, at least including tigers and, potentially, other protected animals.

---

[1] This letter adopts all defined terms contained in the attached September 10, 2019 letter, including the collective definition of "Special Memories Zoo" contained in footnote 1 that applied to all targets of these letters, namely, Special Memories Zoo, LLC, Gene Wheeler individually and dba Special Memories Zoo, Dona Wheeler, and their Zoo Manger Gretchen Crowe.

EXHIBIT
B

As detailed in our prior letter, the ESA provides a legal framework for the protection of endangered and threatened wildlife found within the United States.[2] The ESA makes it illegal to "take" any endangered species of wildlife within the United States. 16 U.S.C. § 1538(a)(1)(B). "Take" is defined as "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct." 16 U.S.C. § 1532(19).

The ESA also makes it illegal to "possess . . . any such species taken in violation of subparagraphs (B) and (C)," and to "deliver [or] receive . . . in interstate or foreign commerce, by any means whatsoever and in the course of a commercial activity, any such species." 16 U.S.C. § 1538(a)(1)(D) & (E).[3]

Upon information and belief, we believe that the two tigers at Special Memories Zoo—and potentially other individuals—were illegally acquired in interstate commerce through transactions that violate these provisions of the ESA and other laws. Accordingly, this letter is notice that our claims intend to extend to these specific transactions and others that violate the above provisions of the ESA.

* * * *

---

[2] This includes all species and subspecies of tigers, *Panthera tigris*, who were listed as endangered under the ESA. 50 C.F.R. § 17.11. Similarly, all species of lemurs, *Lemuridae*, who were listed as endangered under the ESA. 50 C.F.R. § 17.11. And effective January 22, 2016, one subspecies of lion, *Panthera leo leo*, was listed as endangered under the ESA. 50 C.F.R. § 17.11, while another subspecies of lion, *Panthera leo melanochaita*, was listed as threatened under the ESA. 50 C.F.R. § 17.11. The prohibitions applicable to endangered species were also applicable to *Panthera leo melanochaita*. 50 C.F.R. §§ 17.40(r), 17.31(a), and 17.21.

[3] Conversely, the ESA makes it illegal to "sell or offer for sale in interstate or foreign commerce" any endangered species of wildlife. 16 U.S.C. § 1538(a)(1)(F). The ESA also makes it illegal for "any person subject to the jurisdiction of the United States to attempt to commit, solicit another to commit, or cause to be committed, any offense" under the ESA. 16 U.S.C. § 1538(g). Thus, to the extent Special Memories Zoo engaged in transactions in which it sold protected species, such transactions would also be unlawful.

We would like to take the opportunity of this supplemental notice letter to remind you that our prior offer as stated in our September 10, 2019 letter remains open. We urge you to accept that offer and allow each and every animal at Special Memories Zoo to be transferred to an appropriate reputable sanctuary at no cost to you. If you are willing to work with ALDF to relocate the animals to sanctuary, please contact us—or have your attorney contact us—immediately so we can begin to make arrangements. Please direct any and all communications to Tony Eliseuson, whose number and email address are listed below. If we do not hear from you about this possible resolution, or if Special Memories Zoo fails to cease its violations of the ESA and Wisconsin state law, please be advised that we fully intend to file suit to enforce the laws in efforts to end the animals' suffering.

Very truly yours,

ANIMAL LEGAL DEFENSE FUND

By: Anthony T. Eliseuson
Senior Staff Attorney
aeliseuson@aldf.org
(707) 795-2533 ext. 1043