

231 W. Franklin Street **·** Appleton, WI 54911
TELEPHONE: 920-733-3963 **·** FAX: 920-733-8873
www.sitzmannlaw.com

Christopher G. Sitzmann*
Andrew C. Micheletti
Sara K. Micheletti
* also licensed in Minnesota

March 18, 2020

Honorable William C. Griesbac
United States Courthouse Room 203
125 S. Jefferson Street
Green Bay, WI 54301-4541

***VIA ELECTRONIC FILING ONLY***

Re:     *Animal Legal Defense Fund v. Special Memories Zoo, LLC et al.*
        Case No. 20-CV-216

Dear Judge Griesbach;

Concurrently with this letter I have filed Defendant's Answer and Affirmative Defenses as well as the Disclosure Statement. Given the Answers, I felt it pertinent to provide the Court and Opposing Counsel information pertaining to the current status of Special Memories Zoo, LLC as the information provided herein directly affects the Plaintiff's claims.

Special Memories Zoo, LLC (the "Zoo") is owned and operated by Gene and Dona Wheeler; husband and wife. Gretchen Crowe manages the Zoo. My clients acknowledge receipt of Plaintiff's notice of the intent to file a lawsuit. The ALDF is well-known throughout the small zoo community. Without trying to disparage the ALDF in any way, my clients were well aware that even if they were to fight the ALDF's claims and prevail, the ALDF would likely continue to pursue similar claims against my clients until legal expenses became too exorbitant to continue fighting or the ALDF was successful. Public records make it clear that this is how the ALDF operates.

Mr. Wheeler is 81 years old and has been experiencing health complications for some time. Last week, on March 12, 2020, he was diagnosed with leukemia. He began chemotherapy on Monday, March 16, 2020 and spent all of March 17, 2020 in the emergency room. Due to his health complications and this lawsuit, and the recognition that the ALDF will only continue to pursue claims against the Zoo even if my clients prevail in this action, my clients have made the difficult decision to rehome its animals, in particular, the endangered and threatened animals

which are the basis for the Court's jurisdiction.  As of the filing of the Answer and Affirmative Defenses, the only endangered or threatened animal in Special Memories Zoo, LLC's possession is the Canadian lynx which they intend to re-home as well.  They may choose to keep some standard farm animals but that will ultimately depend on Mr. Wheeler's health.

Frankly, were I representing the ALDF, I'd probably see the removal of the endangered and threatened animals as part of some sort of strategy.  However, I can represent that the decision to cease possession of endangered and protected animals is a permanent one.  My hope is that by providing the Court with this information, the ALDF and the defendants can come to a rapid resolution so Mr. Wheeler can focus on his health.

Thank you for your time.

Very truly yours,

*s/ Andrew C. Micheletti*

Andrew C. Micheletti

cc:    Attorney Laura M. Konkel (via electronic filing)
       Attorney Melanie J. Reichenberger (via electronic filing)
       Attorney Anthony T. Eliseuson (via electronic filing)
       Attorney Daniel H. Waltz (via electronic filing)