# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**<br><br>        Plaintiff,<br><br>  v.<br><br>**SPECIAL MEMORIES ZOO, LLC**<br>**GENE WHEELER**<br>**DONA WHEELER**<br>**GRETCHEN CROWE**<br><br>       Defendants. | Case No.:  20-CV-216 |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS MOOT AND FOR DISMISSAL FOR FAILURE TO STATE A CLAIM FOR RELIEF

Defendants, Special Memories Zoo, LLC, Gene Wheeler, Dona Wheeler and Gretchen Crowe, bring this Motion to Dismiss Plaintiff's Complaint as Moot and for Dismissal for Failure to State a Claim for Relief Pursuant to Fed. R. Civ. P. 12(b)(1), 12(h) and 12(b)(6) for the reasons set forth in the accompanying Brief and Declarations of Dona Wheeler and Gretchen Crowe. **WHEREFORE**, for the reasons set out more fully in Defendants' supporting Brief, the Court should a) dismiss Plaintiff's Complaint as the closure of the Zoo and rehoming of the animals has rendered any relief sought by Plaintiff to be moot, and b) dismiss Gene Wheeler, Dona Wheeler and Gretchen Crowe from the action as Plaintiff has failed to state a claim for relief against them.

[SIGNATURE ON FOLLOWING PAGE]

Dated this 20th day of May 2020

Respectfully submitted,

*s/ Andrew C. Micheletti*

Andrew C. Micheletti, SBN 1075923
Attorney for Defendants
**Sitzmann Law Firm Ltd.**
231 W. Franklin Street
Appleton, WI 54911
Telephone: (920) 733-3963
Fax: (920) 733-8873
E-mail: andrew@sitzmannlaw.com

Christopher G. Sitzmann, SBN 1011491
Attorney for Defendants
**Sitzmann Law Firm Ltd.**
231 W. Franklin Street
Appleton, WI 54911
Telephone: (920) 733-3963
Fax: (920) 733-8873
E-mail: csitzmann@sitzmannlaw.com

2