# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**<br><br>        Plaintiff,<br><br>  v.<br><br>**SPECIAL MEMORIES ZOO, LLC**<br>**GENE WHEELER**<br>**DONA WHEELER**<br>**GRETCHEN CROWE**<br><br>       Defendants. | Case No.:  20-CV-216 |

## DECLARATION OF DONA WHEELER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS MOOT AND FOR DISMISSAL FOR FAILURE TO STATE A CLAIM FOR RELIEF

I, Dona Wheeler, hereby declare and state as follows:

1. Gene Wheeler has ceased treatment for his leukemia. His doctors have now given him weeks if not days to live.

2. Gene Wheeler was the driving force behind opening the Zoo.

3. I do not want re-open a zoo without Gene Wheeler, nor do I have the physical ability to re-open a zoo on my own.

4. The barn at my home which burned down was integral to Special Memories Zoo's business. It has been razed and will not be reconstructed.

5. All of the Zoo's animals have been rehomed to locations in which neither I, Gene Wheeler nor Special Memories Zoo, LLC have an ownership interest

and neither I, Gene Wheeler, nor Special Memories Zoo, LLC, retained a possessory interest in the animals.

6. The Special Memories Zoo LLC has been permanently closed and a Google search shows that it is "Permanently closed". See **Exhibit A** attached hereto.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Furthermore, your declarant sayeth not.

Executed this 20th day of May 2020

*s/ Dona Wheeler*

Dona Wheeler

2