Google    special memories zoo     ✕   🎤   🔍

🔍 All   📰 News   ⊙ Maps   ◈ Shopping   🖾 Images   ⋮ More     Settings   Tools

About 18,300,000 results (0.63 seconds)

www.specialmemorieszoo.info ▾

### Special Memories Zoo

We are now permanently closed. We thank you for all of the **special memories** through all the years. Come see how big everyone has gotten over the winter and ...

You've visited this page 2 times. Last visit: 3/10/20

www.facebook.com › ... › Petting Zoo ▾

### Special Memories Zoo - Petting Zoo - Greenville, Wisconsin ...

**Special Memories Zoo**, Greenville, WI. 8.8K likes. We are a privately owned zoo with a heart for animals. We have a large variety of animals that are up...

aldf.org › case › challenging-the-treatment-of-animals-... ▾

### Challenging the Treatment of Animals at Special Memories Zoo

Apr 16, 2020 - In September 2019, the Animal Legal Defense Fund sent a notice of intent to sue **Special Memories Zoo**, a roadside zoo in Greenville, ...

You visited this page on 5/3/20.

www.postcrescent.com › story › news › 2020/04/16 › a... ▾

### Animal rights group asks Special Memories Zoo to preserve ...

Apr 16, 2020 - GREENVILLE – The Animal Legal Defense Fund has asked the owners of **Special Memories Zoo** to preserve records related to a fire in late ...

www.tripadvisor.com › ... › Things to Do in Greenville ▾

### Special Memories Zoo (Greenville) - 2020 All You Need to ...

**Special Memories Zoo**. 58 Reviews. #3 of 4 things to do in Greenville · Zoos. Sorry, there are no tours or activities available to book online for the date(s) you ...

Rating: 3 - 58 reviews

www.peta.org › wp-content › uploads › 2018/11 › Spe... ▾   PDF

### Special Memories Zoo - Peta

**Special Memories Zoo**, owned by Gene. Wheeler, has repeatedly failed to meet minimum standards for the care of animals used in exhibitions as established in ...

911animalabuse.com › special-memories-zoo ▾

### Special Memories Zoo – 911 Animal Abuse

Jan 13, 2015 - **Special Memories Zoo** Gene Wheeler. W7013 Spring Rd, Greenville, WI 54942 920-757-9695. Here is what visitor who love animals say about ...

www.wbay.com › content › news › Greenville-zoo-arg... ▾

### Greenville zoo argues against abuse and neglect allegations ...

Apr 13, 2019 - **Special Memories Zoo** zookeeper Gretchen Crowe says Tucker was given a special visit five months ago during the off-season.

### Images for special memories zoo

animals    barn fire    wisconsin    petting zoo    greenville wi    defense fund    applet



See photos

Permanently closed

### Special Memor

| Website | Directions | Sa |
|---|---|---|

3.9            276 Google revie

Zoo in Greenville, Wisconsin

Small spot with seasonal exhibit features train rides.

**Address:** W7013 Spring Rd, Gree

**Phone:** (920) 757-9695

Own this business?

**Send to your phone**

### Reviews

 "A little pricey for size, bu

 "Amazing Zoo, awesome **reptiles** and birds."

 "Very nice **people** that wo well❤"

View all Google reviews

### Updates from Special ▮

View previous updates on Googl

### People also search for

  

Timbavati    Manitowoc    Gl:
Wildlife      Lincoln Park   Ri:
Park        Zoo        Ar



EXHIBIT

A

→  More images for special memories zoo                                      Report images

www.yelp.com › Active Life › Zoos  ⌄

## Special Memories Zoo - Zoos - W7013 Spring Rd, Greenville ...

9 reviews of **Special Memories Zoo** "Very nice and a great place to take small children! The bird
exhibit is the best. I recommend going right away in the morning ...
Rating: 1.5 - 9 reviews

## Searches related to special memories zoo

special memories zoo **fire**                          special memories zoo **news**

special memories zoo **violations**                   special memories zoo **lawsuit**

special memories zoo **greenville wisconsin fire**    special memories zoo **facebook**

special memories zoo **barn fire**                    **new** zoo

1  2  3  4  5  6  7  8  9 10          Next

**Downtown, Appleton, WI** - From your device - Use precise location - Learn more

Help      Send feedback      Privacy      Terms