# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**<br><br>Plaintiff,<br><br>v.<br><br>**SPECIAL MEMORIES ZOO, LLC**<br>**GENE WHEELER**<br>**DONA WHEELER**<br>**GRETCHEN CROWE**<br><br>Defendants. | Case No.:  20-CV-216 |

## DECLARATION OF GRETCHEN CROWE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS MOOT AND FOR FAILURE TO STATE A CLAIM FOR RELIEF

I, Gretchen Crowe, hereby declare and state as follows:

1. I have worked for the Special Memories Zoo since August of 1996 and resigned my position at the Zoo on or about April 23, 2020.

2. I do not ever intend to work at another zoo, and I would not work for Dona Wheeler in Gene Wheeler's absence.

3. To my knowledge, all of the Zoo's animals have been rehomed to locations in which I do not have an ownership interest and I did not retain a possessory interest in the animals.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Furthermore, your declarant sayeth not.

Executed this 20th day of May, 2020

*s/Gretchen Crowe*

Gretchen Crowe

2