UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANIMAL LEGAL DEFENSE FUND,

    Plaintiff,

v.                                                  Case No. 20-C-216

SPECIAL MEMORIES ZOO LLC, DONA WHEELER,
and GRETCHEN CROWE,

    Defendant.

---

## ORDER

---

The court hereby construes Defendants' letter of November 5, 2020, as an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure and a Motion for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure absolving defendants of any further obligation to respond to Plaintiff's discovery demands. Plaintiff is directed to file any response to the letter so construed on or before November 30, 2020.

Dated at Green Bay, Wisconsin this 9th day of November, 2020.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge