# United States District Court
EASTERN DISTRICT OF WISCONSIN

ANIMAL LEGAL DEFENSE FUND,

        Plaintiff,

        v.

SPECIAL MEMORIES ZOO, LLC,
DONA WHEELER, and
GRETCHEN CROWE,

        Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**
Case No. 20-C-216

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants Special Memories Zoo, LLC, Dona Wheeler, and Gretchen Crowe are hereby permanently enjoined from 1) maintaining a public nuisance by confining endangered, threatened, and not ESA-listed animals in inhumane and unsafe conditions; and 2) possessing or exhibiting animals (other than the dogs that are their personal pets) and participating in any business or entity that possesses or exhibits animals. Statutory costs and fees are also awarded.

        Approved: s/ William C. Griesbach
                          WILLIAM C. GRIESBACH
                          United States District Judge

Dated: January 13, 2021

                          GINA M. COLLETTI
                          Clerk of Court

                          s/ Terri Lynn Ficek
                          (By) Deputy Clerk